

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 2 0 2009
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA         PLAINTIFF

V.        CIVIL ACTION NO. 5:09cv84DCB-JMR

FUNDS ON DEPOSIT AT BANKPLUS,        DEFENDANT
ACCOUNT NO. XXXXX6302, UP TO AND
INCLUDING $86,950, AND ALL FUNDS
TRACEABLE THERETO

## ORDER FOR ARREST OF PROPERTY AND FOR NOTICE

A Verified Complaint for Forfeiture having been filed herein against the above-described property (hereinafter referred to as "Defendant Funds") and the Court having reviewed the Complaint, the Court hereby finds, in accordance with Rule G(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, that (a) Defendant Funds are located within this District; (b) that the plaintiff has made a prima facie showing that it is entitled to the relief requested as it pertains to Defendant Funds; (c) that probable cause exists that the Defendant Funds constitute proceeds involved in or traceable to deposits structured to avoid currency reporting requirements in violation of Title 31, United States Code, Section 5324(a). Therefore, Defendant Funds are subject to forfeiture pursuant to Title 31, United States Code, Section 5317(c)(2).

IT IS, THEREFORE, ORDERED that:

1. The Clerk of this Court is hereby directed to forthwith issue a Warrant for the Arrest of Defendant Funds directing the Internal Revenue Service and any other federal law enforcement officer for this District to arrest the said Defendant Funds, to make return thereon and to take it into custody pending further order of this Court;

2. Subsequent to the execution of the process as aforesaid, the Clerk of this Court shall issue public notice of this action and of the arrest of Defendant Funds, which notice shall be published on an official government forfeiture website (www.forfeiture.gov) or in a newspaper of general circulation in the District where the Defendant Funds were seized. Such notice shall specify the time within which a claim and answer must be filed as required by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

SO ORDERED this 20 day of ___May___ 2009.

_____
UNITED STATES MAGISTRATE JUDGE